Sarah A. Dunne, WSBA No. 34869
La Rond Baker, WSBA No. 43610
AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
Telephone: (206) 624-2184
Email: dunne@aclu-wa.org
         lbaker@aclu-wa.org

Kevin J. Hamilton, WSBA No. 15648
Noah Guzzo Purcell*, WSBA No. 43492
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: (206) 359-8000
Email: khamilton@perkinscoie.com
         npurcell@perkinscoie.com

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROGELIO MONTES and MATEO ARTEAGA, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF YAKIMA, MICAH CAWLEY, in his official capacity as Mayor of Yakima, and MAUREEN ADKISON, SARA BRISTOL, KATHY COFFEY, RICK ENSEY, DAVE ETTL, and BILL LOVER, in their official capacity as members of the Yakima City Council, <br><br> Defendants. | No. CV-12-3108-TOR <br><br> **COMPLAINT** |

COMPLAINT - Page 1

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

## I.  INTRODUCTION

1.    This Complaint is a challenge to the at-large election system utilized by the City of Yakima, Washington to elect members of its City Council. This at-large scheme impermissibly dilutes the Latino vote, does not allow for equal participation by Latinos in the election process, and thus violates Section 2 of the Voting Rights Act, 42 U.S.C. § 1973.

## II.    JURISDICTION

2.    This is an action for injunctive and declaratory relief under Section 2 of the Voting Rights Act, 42 U.S.C. § 1973.

3.    Jurisdiction is proper under 28 U.S.C. §§ 1331, 1343(a)(3), and 1343(a)(4).  Venue is proper under 28 U.S.C. § 1391.

## III.    PARTIES

4.    Plaintiffs Rogelio Montes and Mateo Arteaga ("Plaintiffs") are Latinos, registered voters, and residents of the City of Yakima.

5.    Plaintiffs desire to participate in the electoral and political processes of the City of Yakima on an equal basis with all other residents.

6.    Defendant City of Yakima is a governmental entity that maintains an electoral system comprised of residency district and at-large positions

COMPLAINT - Page 2

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

for the Yakima City Council ("the City Council"). All City Council positions are elected in an at-large general election.

7.  Defendants Micah Cawley, the Mayor of the City of Yakima, Maureen Adkison, Sara Bristol, Kathy Coffey, Rick Ensey, Dave Ettl, and Bill Lover are the current elected members of the City Council.  The City Council has authority to set voting districts.  The City Council members are each sued in their official capacity only.

## IV.   FACTS

8.  The City Council is comprised of seven members.  All positions for the City Council are elected using an at-large election process.  Four City Council members are nominated in a non-partisan top-two primary in four residency districts and then elected via an at-large general election process.  The remaining three City Council members are elected on a purely at-large basis.

9.  The City Council positions have staggered terms and therefore staggered elections occur every two years.  The last general elections for the residency district positions were held on November 8, 2011. The last general elections for the at-large positions were held on November 3, 2009.

COMPLAINT - Page 3

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

10.    The City of Yakima's at-large election process, which is used for both residency district and city-wide council member seats, violates Section 2 of the Voting Rights Act because it impermissibly dilutes the Latino vote, consistently allows the white majority's bloc voting to defeat the candidates preferred by Latino voters, and deprives Latinos of an equal opportunity to elect representatives of their choice.  This election system does not allow the city's Latino residents to participate equally in the political process.

11.    The Latino community in the City of Yakima is sufficiently numerous and geographically compact such that one or more properly apportioned single-member electoral districts can be drawn in which Latinos would constitute an effective majority of eligible voters.

12.    Latinos in the City of Yakima are a politically unified group that votes cohesively as a bloc.

13.    Bloc voting patterns prevail in City Council elections.  White voters consistently vote as a bloc to elect candidates favored by the white community and defeat the Latino community's representatives of choice.  This racially polarized voting results in the limited representation of or indifference to the Latino community's interests on the City Council.

COMPLAINT - Page 4

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

14. As a result of racially polarized bloc voting, no Latino candidate has ever won an election for a seat on the City Council, and the sole Latino appointed to serve on the City Council, Sonia Rodriguez, could not retain her seat in the next at-large election, even with the advantage of incumbency.

15. According to the 2010 Census conducted by the U.S. Census Bureau, the City of Yakima has a total population of 91,067 and a voting-age population of 65,287.

16. With 37,587 Latinos residing within the City of Yakima, Latinos comprise approximately 41.3% of the city's population.

17. With 21,837 Latinos of voting age residing within the City of Yakima, Latinos comprise approximately 33.4% of the city's voting-age population.

18. It is possible to draw a single-member district plan for the Yakima City Council that contains at least one compact single-member district with a Latino citizen voting-age population ("LCVAP") majority.

19. Historically, Latinos in the City of Yakima have been subjected to official and private discrimination on the basis of race and ethnicity in employment, education, health services, and housing.  There has also been discrimination against Latinos in their efforts to exercise the

COMPLAINT - Page 5

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

franchise and to participate equally with other residents in the political process.

20. As a result of historical discrimination against Latinos in education, housing, employment, and health services, many Latinos in the City of Yakima have a lower socioeconomic status.

21. According to the 2010 American Community Survey (ACS) 1-Year Estimates, the poverty rate for Latino residents of the city of Yakima is over three times higher than the rate for non-Hispanic white residents (38.3% to 12.4%). In 2010, the mean income for Latino residents in the city was $10,392, while the mean income for non-Hispanic whites was $30,865.

22. According to the 2010 ACS 1-Year Estimates, educational disparities between Latino and non-Hispanic white residents in the City of Yakima are stark. 53.7% of Latino residents 25 years of age and over have less than a high school degree or the equivalent (e.g., GED), as compared to 12.7% of their non-Hispanic white counterparts. The percentage of Latinos with less than a high school degree is more than four times higher than the corresponding rate for non-Hispanic white residents.

COMPLAINT - Page 6

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

23. According to the 2010 ACS 1-Year Estimates, while 13.1% of non-Hispanic white residents of the city of Yakima lack health insurance, 34.9% of Latinos lack the same.

24. The historical discrimination and resulting lowered socioeconomic status have hindered Latinos' ability to participate effectively in the political process.  This contributes to the lack of Latino representation on the Yakima City Council.  The at-large election scheme, historical and ongoing discrimination, and the disproportionate weakness of Latino political participation are all mutually reinforcing.  Together, these factors have combined to allow elected officials to remain unresponsive to the needs and complaints of the Latino community in Yakima without fear of consequence at the polls.

25. Additionally, racial bloc voting by the white majority is encouraged and perpetuated by appeals to vote based on racial bias against Latinos.

26. The City of Yakima's election process is also characterized by the use of practices and procedures that impair Latino electoral success.  This includes, but is not limited to, the at-large election procedure in the general election for all City Council seats.  The reason for the continued use of an at-large system for all elections, including those

COMPLAINT - Page 7

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

for City Council members nominated by residency districts, is tenuous at best and does not serve a purpose that is more compelling than ensuring all Yakima residents have a meaningful opportunity to participate in the electoral process.

27. The at-large method of elections, history of discrimination, and racially polarized voting have left Latinos with less opportunity than other residents to participate in the city's political process and to elect representatives of their choice.

## COUNT ONE
## VIOLATION OF SECTION 2 OF THE VOTING RIGHTS ACT OF 1965

28. The allegations contained in Paragraphs 1 through 27 are hereby incorporated in Count One of the Complaint as if set forth herein.

29. The Latino community in the City of Yakima is sufficiently numerous and geographically compact such that one or more properly apportioned single-member electoral districts can be drawn in which Latinos would constitute an effective majority of eligible voters.

30. Latinos in the City of Yakima constitute a politically unified group that votes cohesively as a bloc.

31. Racially polarized voting persists in Yakima City Council elections. White voters consistently vote as a bloc to elect candidates favored by

COMPLAINT - Page 8

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

the white community and defeat the Latino community's representatives of choice.

32. Under the totality of the circumstances, the at-large method of electing members of the Yakima City Council denies Latino citizens in the City of Yakima an opportunity to participate in the political process and elect representatives of their choice equal to that afforded other members of the electorate, thereby diluting Latino voting strength.

33. This vote dilution violates Section 2 of the Voting Rights Act, 42 U.S.C. § 1973.

### PRAYER FOR RELIEF

WHEREFORE, the Plaintiffs pray that the Court enter an order:

1. Declaring that the at-large method of electing Yakima City Council members violates Section 2 of the Voting Rights Act of 1965;

2. Enjoining Defendants, their agents and successors in office, and all persons acting in concert with any of these individuals, from administering, implementing, or conducting any future elections for the City of Yakima under the current method of electing City Council members;

COMPLAINT - Page 9

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

3.     Ordering the implementation of an election system for the Yakima City Council that complies with Section 2 of the Voting Rights Act of 1965;

4.     Retaining jurisdiction of this action and granting Plaintiffs any further relief which may in the discretion of this Court be necessary and proper to ensure that timely and lawful procedures are used in elections for the Yakima City Council;

5.     Granting Plaintiffs the attorneys' fees and costs they incur, pursuant to 42 U.S.C. § 1973*l*(e) and 42 U.S.C. § 1988; and

6.     Granting any other relief that the Court may determine to be just and equitable.

DATED this 22nd day of August, 2012.

Respectfully submitted,

ACLU OF WASHINGTON FOUNDATION

By:
s/ Sarah Dunne_____
WSBA No. 34869

s/ La Rond Baker
WSBA No. 43610
ACLU of Washington Foundation
901 Fifth Avenue, Suite 630
Seattle, WA  98164
206.624.2184
dunne@aclu-wa.org
lbaker@aclu-wa.org

COMPLAINT - Page 10

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

s/ Joaquin Avila*
*Pro Hac Vice* application pending
The Law Firm of Joaquin Avila
P.O. Box 33687
Seattle, WA  98133
206.724.3731

s/ Laughlin McDonald*
*Pro Hac Vice* application pending
ACLU Foundation, Inc.
Voting Rights Project
230 Peachtree Street, Suite 1440
Atlanta, GA 30303-1227
404.523.2721
lmcdonald@aclu.org

s/ Kevin J. Hamilton
WSBA #15648
s/ Noah Guzzo Purcell*
WSBA #43492
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
206.359.8000
khamilton@perkinscoie.com
npurcell@perkinscoie.com


* Application for admission to the Eastern District of Washington pending.

COMPLAINT - Page 11

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184