UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROGELIO MONTES and MATEO ARTEAGA,<br><br>            Plaintiffs,<br><br>    v.<br><br>CITY OF YAKIMA, et al.,<br><br>            Defendants. | NO: 12-CV-3108-TOR<br><br>PROTECTIVE ORDER |

BEFORE THE COURT is the parties' Stipulated Motion for Protective Order (ECF No. 25).  This matter was heard without oral argument on December 28, 2012.  Pursuant to the parties' stipulation, the Court will grant the motion.

**IT IS HERBY ORDERED** that the following conditions shall regulate the use and disclosure of certain information provided by and to the parties and their attorneys in this matter:

1.    Plaintiffs' discovery requests seek, and Defendants intend to produce, information and documents that contain, among other things, residential addresses,

PROTECTIVE ORDER ~ 1

personal email addresses, and residential telephone numbers.  Such information shall not be used for any other purpose except as a part of this litigation.  After this litigation has concluded, the information referenced above shall not be used for any purpose whatsoever.

2. The parties shall confer prior to the filing or service of a pleading, motion, or report that contains the information referenced above.  The parties will make a good faith effort to agree on an arrangement that balances the need to include the information in the pleading, motion, or report for purposes of litigation (*e.g.*, because the information has geographic relevance) with the concern for protecting privacy interests of concerned individuals (*e.g.*, redacting names and telephone numbers associated with residential addresses that have geographic relevance).

//

//

//

//

//

//

//

//

PROTECTIVE ORDER ~ 2

3. If the parties are unable to agree on an arrangement prior to the filing or service referenced above, the parties will timely seek the guidance of the Court before filing any motion for a protective order.

**IT IS SO ORDERED.**

The District Court Executive is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 2nd day of January, 2013.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

PROTECTIVE ORDER ~ 3