HONORABLE THOMAS O. RICE

Sarah A. Dunne, WSBA No. 34869
La Rond Baker, WSBA No. 43610
AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
Telephone: (206) 624-2184
Email: Dunne@aclu-wa.org
LBaker@aclu-wa.org

Kevin J. Hamilton, WSBA No.15648
Abha Khanna, WSBA No. 42612
William Stafford, WSBA No. 39849
Perkins Coie LLP
1201 Third Avenue, Ste. 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Email: KHamilton@perkinscoie.com
AKhanna@perkinscoie.com
WStafford@perkinscoie.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ROGELIO MONTES and MATEO ARTEAGA,

Plaintiffs,

v.

CITY OF YAKIMA, MICAH CAWLEY, in his official capacity as Mayor of Yakima, and MAUREEN ADKISON, SARA BRISTOL, KATHY COFFEY, RICK ENSEY, DAVE ETTL, and BILL LOVER, in their official capacity as members of the Yakima City Council,

Defendants.

NO. 12-CV-3108 TOR

**[PROPOSED] FINAL JUDGMENT**

Pursuant to the Court's Order filed August 22, 2014, and upon consideration of the parties' proposed forms of injunction and remedial plans, the Court issues judgment as follows:

1. The City of Yakima's current at-large method of electing members to the City Council violates Section 2 of the Voting Rights Act for the reasons set out at length in the Court's Order dated August 22, 2014.

2. The City of Yakima is permanently enjoined from administering, implementing or conducting any future elections for the Yakima City Council in which members of the City Council are elected on an at-large basis, whether in a primary, general, or special election.

3. Beginning with the elections for the Yakima City Council to be held in 2015, and including the August 4, 2015, primary election and the November 3, 2015, general election, all elections for the Yakima City Council will be conducted using a system in which each of the seven members of the City Council is elected from a single-member district. Each councilmember must reside in his or her district, and only residents of a given district may vote for the councilmember position for that district.

4. The Court hereby adopts, as a remedy for the Section 2 violation, Plaintiffs' proposed Illustrative Plan 1. Maps and tables showing the boundaries of the new seven single-member districts and their populations are attached as Exhibit A.

5. The boundaries of the single-member districts reflected in Illustrative Plan 1 are reasonably compact and are not in derogation of traditional redistricting principles. The total population deviation among



**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

districts is 6.33%, and therefore the districts comply with the one person, one vote requirement of federal law. *Reynolds v. Simms*, 377 U.S. 533 (1964).

6. Defendants shall take all steps necessary to implement the seven single-member district plan attached as Exhibit A in order to allow district-based elections to proceed in 2015 and thereafter, provided, however, that the City of Yakima may revise those districts based on annexations, deannexations, and population changes reflected in the decennial census and at appropriate times in the future when necessary to conform to state and federal law.

7. In order to preserve the current staggered election plan for members of the City Council, the odd numbered districts will be set for a four-year election cycle and the even numbered districts will be set initially for a two-year term and thereafter for a four-year election cycle.

8. This judgment is binding upon all parties and their successors. Future redistricting shall be done in a manner that complies with the terms and intent of this Judgment and the Court's August 22, 2014 Order, continues to provide for single-member districts, and complies with Section 2 of the Voting Rights Act.

9. Any requests by Plaintiffs for costs and fees shall be further determined by the Court in accordance with Fed. R. Civ. P. 54(d).

DATED this _____ day of October, 2014.

______________________________
United States District Judge
Thomas O. Rice



**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

*s/ Kevin J. Hamilton*
Kevin J. Hamilton, WSBA # 15648
Abha Khanna, WSBA # 42612
William B. Stafford, WSBA # 39849
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206-359-8000
Fax: 206-359-9000
E-mail: KHamilton@perkinscoie.com
E-mail: AKhanna@perkinscoie.com
E-mail: WStafford@perkinscoie.com

*s/ Sarah A. Dunne*
Sarah A. Dunne, WSBA No. 34869
La Rond Baker, WSBA No. 43610
AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
Telephone: (206) 624-2184
Email: dunne@aclu-wa.org
Email: lbaker@aclu-wa.org

*s/ Joaquin Avila*
Joaquin Avila (*pro hac vice*)
P.O. Box 33687
Seattle, WA 98133
Telephone: (206) 724-3731
Email: joaquineavila@hotmail.com

*s/ M. Laughlin McDonald*
M. Laughlin McDonald (*pro hac vice*)
ACLU Foundation

230 Peachtree Street, NW Suite 1440
Atlanta, Georgia 30303-1513
Telephone: (404) 523-2721
Email: lmcdonald@aclu.orgAttorneys for Plaintiffs

Attorneys for Plaintiffs



**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify that on October 3, 2014, I electronically filed the foregoing [Proposed] Final Judgment using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record:

| | | |
|---|---|---|
| Francis S. Floyd WSBA 10642<br>John Safarli WSBA 44056<br>Floyd, Pflueger & Ringer, P.S.<br>200 W. Thomas Street, Suite 500<br>Seattle, WA 98119<br>(206) 441-4455<br>ffloyd@floyd-ringer.com<br>jsafarli@floyd-ringer.com | *Counsel for Defendants* | ☒ VIA CM/ECF SYSTEM<br>☐ VIA FACSIMILE<br>☐ VIA MESSENGER<br>☐ VIA U.S. MAIL<br>☐ VIA EMAIL |

I certify under penalty of perjury that the foregoing is true and correct.

DATED: October 3, 2014

**PERKINS COIE LLP**

s/Abha Khanna
Abha Khanna, WSBA No. 42612
AKhanna@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
(206) 359-6217

Attorney for Plaintiffs



**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000