**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 12 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROGELIO MONTES, et al.,<br><br>　　　　Plaintiffs/Appellees,<br><br>　v.<br><br>CITY OF YAKIMA; et al.,<br><br>　　　　Defendants/Appellants,<br><br>　And<br><br>FAIRVOTE,<br><br>　　　　Amicus Curiae. | Nos. 15-35309, 15-35593<br><br>D.C. No. 2:12-cv-03108-TOR<br>Eastern District of Washington,<br>Spokane<br><br>ORDER |

Pursuant to stipulation of the parties, these appeals are voluntarily dismissed with prejudice. Fed. R. App. P. 42(b). The parties shall bear their own fees and costs.

This order served on the district court shall act as and for the mandate of this court.

　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　By: Chris Goelz
　　　　　　　　　　　　　　Circuit Mediator

4/12/16

CG/Mediation